ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC., Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | 07-187 C<br>CASE NO: 07-CV-____<br><br>FILED<br>MAR 20 2007<br>U.S. COURT OF FEDERAL CLAIMS |

## NOTICE OF DIRECTLY RELATED CASE

**Title and Case Number of Directly Related Case:** *United Medical Supply Company, Inc. v. United States,* Case No. 03-289.

**Case Relationship:** The two cases involve identical parties and contract as well as similar issues.

Assignment to a single judge is likely to conserve judicial resources and promote efficient resolution of the issues.

Signed ~~February 22~~ March 19, 2007.

Respectfully submitted,

Frank L. Broyles
State Bar No. 03230500
GOINS, UNDERKOFLER, CRAWFORD
& LANGDON, LLP
1201 Elm Street
4800 Renaissance Tower
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 Fax

Attorney for Plaintiff

# In The United States Court of Federal Claims

No. 03-289C

(Filed: December 1, 2006)

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On November 28, 2006, plaintiff filed an unopposed motion to partially dismiss certain of its claims without prejudice. Paragraph 110 of plaintiff's amended complaint alleges that defendant is in breach of contract for, *inter alia*, "failure to pay for medical supplies and equipment purchased and received," and paragraph 116 seeks an equitable adjustment to include unpaid invoices. In its partial motion to dismiss, plaintiff states that it failed to present this claim to the contracting officer. As a result, this court lacks jurisdiction over the claim pursuant to Section 10(a)(1) of the Contract Disputes Act.

Accordingly, plaintiff's motion is hereby **GRANTED**, and the above-referenced sections of paragraphs 110 and 116 of plaintiff's amended complaint are dismissed without prejudice. If plaintiff properly presents the claim to the contracting officer, and such claim is subsequently denied, plaintiff may file a new complaint, and the Clerk is hereby directed to:

1. Waive any filing fees as to that complaint that would otherwise be due pursuant to RCFC 77.1(c); and

2. Assign any such complaint to the undersigned judge, to allow it to be consolidated pursuant to RCFC 42(a) with Case No. 03-289C.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge