# In The United States Court of Federal Claims

No. 07-187C

(Filed: March 23, 2007)

---

UNITED MEDICAL SUPPLY COMPANY, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On March 20, 2007, plaintiff filed its complaint in this case. This complaint arises from the same contracts at issue in another case plaintiff filed previously in this court, *United Medical Supply Company, Inc. v. United States*, No. 03-289C. Pursuant to RCFC 42(a), the Clerk is hereby directed to consolidate this case with the previously filed matter, No. 03-289C.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge