## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| UNITED MEDICAL SUPPLY COMPANY, INC.,<br>Plaintiff<br><br>v.<br><br>THE UNITED STATES, Defendant | 07-187 C<br>Judge Allegra |

## JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), counsel for plaintiff, United Medical Supply Co., Inc., ("United Medical") and defendant, the United States, submit the following joint preliminary status report in response to questions set forth in Appendix A.

**a. Does the Court have jurisdiction over the action?**

The parties agree that this court has jurisdiction over this case.

**b. Should the case be consolidated with any other case?**

This case has been consolidated with 03-289.

**c. Should trial of liability and damages be bifurcated?**

No.

**d. Should further proceedings in this case be deferred pending consideration of another case before this Court or any other tribunal?**

No.

**e. Will a remand or suspension be sought?**

No.

**f. Will additional parties be joined?**

No.

**g. Does either party intend to file a motion pursuant to Rule 12(b), 12(c), or 56?**

Plaintiff believes that records produced by the Government establish liability and that the only factual issue is quantum. Plaintiff intends to file a motion for summary judgment on liability. Defendant does not at this time envision filing a dispositive motion.

**h. What are the relevant factual and legal issues?**

1. Whether the Government received and accepted product from Plaintiff for which it has failed to pay, and if so, in what dollar amount.

2. Whether the Government's records or Plaintiff's records on the issue are the more reliable.

**i. What is the likelihood of settlement?**

The Government has advised Plaintiff that it believes settlement is unlikely.

**j. Do the parties anticipate proceeding to trial? Does any party, or do the parties jointly, request expedited trial scheduling?**

The parties anticipate proceeding to trial but do not request an expedited trial.

**k. Are there special issues regarding electronic case management needs**

No.

**l. Is there any other information of which the Court should be aware at this time?**

No.

**m. Discovery Plan**

With respect to this particular case, Plaintiff has requested the deposition of Donna Galligan, the individual at DSCP who appears primarily responsible for the calculations and records at issue in the account receivable claim. Plaintiff also has requested the deposition of Anthony Amendolia, another individual with DSCP. Mr. Amendolia is believed to have some knowledge on the account receivable issue. These depositions should complete discovery with respect to the account receivable claim.

Signed: JULY 9, 2007.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

s/Jeanne E. Davidson
by Bryant G. Snee
JEANNE E. DAVIDSON
Director

s/Kyle Chadwick
KYLE CHADWICK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street NW
Washington, D.C. 20530
Tele: (202) 616-0476

Attorneys for Defendant

s/Frank L. Broyles
FRANK L. BROYLES
Goins, Underkofler, Crawford & Langdon, LLP
1201 Elm St. Suite 4800
Dallas, TX 75270
Tele: (214) 969-5454
Attorneys for Plaintiff